714

No. 107. BYNUM v. PHILLIPS PETROLEUM Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *D. H. Culton* for petitioner. *Rayburn L. Foster, R. B. F. Hummer* and *C. B. Cochran* for respondent.

No. 108. THOMPSON v. GEORGIA. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Oliver C. Hancock* for petitioner.

No. 109. MERCHANTS & MANUFACTURERS ASSOCIATION OF LOS ANGELES v. NATIONAL LABOR RELATIONS BOARD. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Henry William Elliott* and *John F. Gilbert* for petitioner. *Solicitor General McGrath, Gerhard P. Van Arkel, Morris P. Glushien* and *Joseph B. Robison* for respondent.

No. 110. CROWHURST ET AL. v. GRASSO. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Clarence Fried* for petitioners. *Abraham J. Isserman* for respondent.

No. 111. TEXAS v. CHUOKE ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Grover Sellers,* Attor-